## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
|---|---|
| DELLA KEYS, | NO. 09-12179 |
| DEBTOR | JUDGE: Wedoff |

## NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents Wells Fargo Bank, National Association as Trustee for Securitized Asset Backed Receivables LLC 2005-FR3 Mortgage Pass-Through Certificates, Series 2005-FR3 in your Chapter 13 case number 09-12179. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan.

As of September 29, 2011, the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 11/01/2010- 02/01/2011 monthly payments at $1,550.53 each | = $ | 6,202.12 |
| 03/01/2011 – 09/01/2011 monthly payments at $1,023.80 each | = $ | 7,166.60 |
| Escrow Shortage | = $ | 4,552.31 |
| Less Suspense Balance | = $ | ($821.05) |
| TOTAL | = $ | 17,099.98 |

Respectfully submitted,

  /s/ Christopher R. Murphy
Wells Fargo Bank, National Association as Trustee for
Securitized Asset Backed Receivables LLC 2005-FR3
Mortgage Pass-Through Certificates, Series 2005-FR3

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301, Bannockburn, IL 60015 | (847) 291-1717
Attorneys for Movant
08-001443

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE**